# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jacobs, Dennis | Court of Appeals, Second Circuit | 08/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

*IMPORTANT NOTES:* *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Vice-President | Residential Cooperative |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobs, Dennis | 08/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobs, Dennis | 08/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Chase Bank (cash) | A | Interest | M | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Fidelity Government (FDRXX) (cash equivalent) | A | Dividend | M | T | | | | | |
| 5. Fidelity Total Market Index Fd (FSKAX) | D | Dividend | N | T | | | | | |
| 6. Fidelity 500 Index Fd (FXAIX) | E | Dividend | O | T | Sold (part) | 01/10/20 | M | F | |
| 7. | | | | | Buy (add'l) | 05/14/20 | M | | |
| 8. | | | | | Sold (part) | 06/22/20 | M | F | |
| 9. | | | | | Sold (part) | 10/16/20 | L | E | |
| 10. | | | | | Sold (part) | 12/10/20 | N | G | |
| 11. Fidelity Contrafund (FCNTX) | E | Dividend | M | T | | | | | |
| 12. Akre Focus Fd Indl (AKRIX) | | None | N | T | Buy | 12/10/20 | N | | |
| 13. BNY Mellon Midcap Index Investor (PESPX) | A | Dividend | | | Sold | 05/14/20 | M | | |
| 14. Glenmede Large Cap Core Instl (GTLIX) | A | Dividend | | | Sold | 05/14/20 | M | | |
| 15. Blackrock Strategic Muni Opp (MAMTX) | A | Dividend | | | Sold | 03/24/20 | L | | |
| 16. Goldman Sachs Dynam Muni Income Instl (GSMTX) | B | Dividend | | | Sold | 03/25/20 | N | | |
| 17. Fidelity MMKT Premium Cl (FZDXX) (cash equivalent) (Y) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobs, Dennis | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Ishares Core S&P Total US Stock ETF (ITOT) | D | Dividend | N | T | | | | | |
| 19. | Ishares Russell 1000 Growth ETF (IWF) | B | Dividend | M | T | Buy | 05/15/20 | M | | |
| 20. | SPDR S&P 500 Trust (SPY) | C | Dividend | N | T | | | | | |
| 21. | Ishares Tr Ultr Blackrock Sh Trm Bd (ICSH) | A | Dividend | N | T | Buy | 06/26/20 | M | | |
| 22. | | | | | | Buy (add'l) | 08/21/20 | L | | |
| 23. | Ishares Tr 0-3 Mnth Treasry (SGOV) | A | Dividend | O | T | Buy | 06/12/20 | O | | |
| 24. | JP Morgan Exchange Traded Fd (JPST) | B | Dividend | N | T | Buy | 06/26/20 | L | | |
| 25. | | | | | | Buy (add'l) | 08/21/20 | L | | |
| 26. | SPDR Series Trust Bloomberg (BIL) | B | Dividend | | | Buy (add'l) | 01/13/20 | M | | |
| 27. | | | | | | Sold | 06/12/20 | O | | |
| 28. | Account #2 (H) | | | | | | | | | |
| 29. | CREF Stock R3 (CREF Q089445-4) | | None | M | T | | | | | |
| 30. | Account #3 (H) | | | | | | | | | |
| 31. | Morgan Stanley Bank (cash) | A | Interest | M | T | | | | | |
| 32. | Blackrock Strategic Muni Opp (MAMTX) | B | Dividend | | | Sold | 03/23/20 | N | | |
| 33. | Account #4 (H) | | | | | | | | | |
| 34. | Morgan Stanley Bank (cash) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. SPDR Series Trust Bloomberg (BIL) | A | Dividend | | | Sold | 06/11/20 | L | | |
| 36. Blackrock Strategic Muni Opp (MAMTX) | A | Dividend | | | Sold | 03/23/20 | M | | |
| 37. Ishares Tr 0-3 Mnth Treasry (SGOV) | A | Dividend | L | T | Buy | 06/11/20 | L | | |
| 38. Account #5 (H) | | | | | | | | | |
| 39. Morgan Stanley Bank (cash) | A | Interest | M | T | | | | | |
| 40. Ishares Tr 0-3 Mnth Treasury B (SGOV) | A | Dividend | K | T | Buy | 06/11/20 | K | | |
| 41. SPDR Series Trust Bloomberg (BIL) | A | Dividend | | | Sold | 06/11/20 | L | | |
| 42. Blackrock Strategic Muni Opp (MAMTX) | A | Dividend | | | Sold | 03/23/20 | M | | |
| 43. Account #6 (H) | | | | | | | | | |
| 44. Morgan Stanley Bank (cash) | A | Int./Div. | J | T | | | | | |
| 45. Deschutes Cnty Ore Administrative Sch Dist No 1 (250325ST5) | A | Dividend | | | Redeemed | 06/15/20 | J | | |
| 46. Ohio St Common Schools Genl Oblig Ref Ser-C (677521EN2) | A | Dividend | | | Redeemed | 09/15/20 | K | | |
| 47. Orlando Fla Utils Commn Utl Sys Rev Ref-C (686507ES9) | A | Dividend | | | Redeemed | 10/01/20 | J | | |
| 48. City of Chicago Chicago O'Hare Intl Airp Non-Amt Rev Ref-B (167593QX3) | A | Dividend | J | T | | | | | |
| 49. Cypress-Fairbanks Tex Indpt Sch Dist Sch Bldg Ref Psf-Gtd (232760Y36) | B | Dividend | K | T | | | | | |
| 50. Pike Twp Ind Multi-Sch Bldg Corp First Mrtge Rev (72130PCJ3) | A | Dividend | J | T | | | | | |
| 51. Columbia S C Wtrwks & Swr Sys Rev Ref (198504UQ3) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Trinity River Auth Tex Regl Wastewtr Sys Id (89658HUP3) | A | Dividend | J | T | | | | | |
| 53. | Ohio St Univ Ben Rcpts Rev-D (677632ZD6) | A | Dividend | K | T | | | | | |
| 54. | Georgetown Tex Genl Oblig Ref (373029HX8) | A | Dividend | J | T | | | | | |
| 55. | Washington St Univ Revs (9400933P0) | B | Dividend | K | T | | | | | |
| 56. | Charlotte N C Genl Oblig Ref-A (161035FQ8) | B | Dividend | K | T | | | | | |
| 57. | Kane & De Kalib Cntys Ill Cmnty Unit Sch Dist No 301 (483764JZ0) | A | Dividend | J | T | | | | | |
| 58. | Irving Tex Indpt Sch Dist Ref-A Psf-Gtd Id (463813ZN8) | A | Dividend | J | T | | | | | |
| 59. | Harbor Beach Mich Cmnty Sch Dist Ref (411477CG5) | A | Dividend | J | T | | | | | |
| 60. | Central Dauphin Pa Sch Dist (153300XQ6) | | None | J | T | Buy | 11/11/20 | J | | |
| 61. | Lancaster Cnty Pa Genl Oblig Ref-A (514040P65) | A | Dividend | J | T | | | | | |
| 62. | Georgetown Tex Genl Oblig Ref (373029JB4) | A | Dividend | J | T | | | | | |
| 63. | Virignia Commlth Transn Brd Fe D Trasn Grnt Antic Nts (92778UCB4) | A | Dividend | K | T | | | | | |
| 64. | Central Dauphin Pa Sch Dist (153300YB8) | | None | J | T | Buy | 11/12/20 | J | | |
| 65. | Central Dauphin Pa Sch Dist (153300UB2) | A | Dividend | | | Sold (part) | 11/11/20 | J | | |
| 66. | | | | | | Sold | 11/12/20 | J | | |
| 67. | Lancaster Cnty Pa Genl Oblig Ref-A (514040P73) | A | Dividend | K | T | | | | | |
| 68. | Texas St Univ Sys Fing Ref-A (88278PYJ7) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Tillamook & Yamhill Cntys Sch Dist No 101 Nestucca Vy Ser-B (886791CF7) | A | Dividend | K | T | | | | | |
| 70. Pasco Cnty Fla Sch Brd Ctfs Partn Rev Ref-D (702528LX6) | | None | J | T | Buy | 06/18/20 | J | | |
| 71. Univerisity N C Charlotte Rev-A (914716K20) | A | Dividend | K | T | | | | | |
| 72. Georgia St Hsg & Fin Auth Rev (37353PFY0) | | None | J | T | Buy | 10/06/20 | J | | |
| 73. New York St Dorm Auth Sales Tax St Supported Debt Rev-C (64990AJV8) | A | Dividend | J | T | | | | | |
| 74. Dover PA Area Sch Dist (260358NW2) | B | Dividend | K | T | | | | | |
| 75. North Carolina St St Ltd Oblig (65829QDP6) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 76. New York N Y (64996QPU8) | | None | J | T | Buy | 10/08/20 | J | | |
| 77. Austin Tex Pub Impt Genl Oblig Ref (052397ST4) | | None | K | T | Buy | 09/16/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Parenthetical numbers in Part VII are CUSIP numbers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis Jacobs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544